UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | No. 24-cr-10316-WGY |
| RICCARA MCKINNEY, | ) | |
| Defendant | ) | |

NOTICE OF WITHDRAWAL OF APPEARANCE

The undersigned counsel hereby withdraws her appearance as counsel for the United States in the above-captioned matter.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:

*/s/ Sarah B. Hoefle*
SARAH B. HOEFLE
Assistant U.S. Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston MA, 02210

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Sarah B. Hoefle*
SARAH B. HOEFLE
Assistant U.S. Attorney

Date: September 7, 2026